IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRAD RICH, KEVIN MURPHY, GREYE BROOKS, and ERIC ATWOOD, *on behalf of themselves and all others similarly situated,* | CIVIL DIVISION<br><br>Case No. 2:22-cv-01455 |
| Plaintiffs, | |
| v. | |
| DON'S APPLIANCES, LTD, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)

The plaintiff and the defendant, by their respective attorneys, stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the complaint and this action are dismissed with prejudice, without any award of fees and costs by the Court.

| | |
|---|---|
| */s/ Michael J. Bruzzese*<br>220 Koppers Building<br>436 Seventh Avenue<br>Pittsburgh, PA 15219 | */s/ Raeann Burgo*<br>Fisher & Phillips LLP<br>Six PPG Place, Suite 830<br>Pittsburgh, PA 15222 |
| Counsel for the plaintiffs | Counsel for the defendant |

## ORDER

AND NOW, this 26th day of May 2023, the foregoing Stipulation is approved as an Order of the Court.

BY THE COURT:

/s/Robert J. Colville

Robert J. Colville
United States District Court Judge